**2010–1310. State v. Chappell.**
Cuyahoga App. No. 93298, 2010-Ohio-2465. Reported at 126 Ohio St.3d 1617, 2010-Ohio-5101, 935 N.E.2d 855. On motion for reconsideration. Motion denied.

**2010–1428. Sliwinkski v. St. Edward.**
Summit App. No. 24967, 2010-Ohio-3006. Reported at 126 Ohio St.3d 1619, 2010-Ohio-5101, 935 N.E.2d 856. On motion for reconsideration. Motion denied.

    O'CONNOR, J., dissents and would grant the motion as to Proposition of Law No. I.

    O'DONNELL and LANZINGER, J., dissent.

**2010–1522. In re D.K.**
Cuyahoga App. No. 94441, 2010-Ohio-3203. Reported at 126 Ohio St.3d 1602, 2010-Ohio-4928, 935 N.E.2d 47. On motion for reconsideration. Motion denied.

**2010–1596. State v. Willis.**
Franklin App. No. 08AP–536, 2009-Ohio-325. Reported at 126 Ohio St.3d 1615, 2010-Ohio-5101, 935 N.E.2d 853. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENT

### December 16, 2010

[Cite as *12/16/2010 Case Announcements*, 2010-Ohio-6140.]

## MOTION AND PROCEDURAL RULINGS

**2010–1551. State ex rel. Dreamer v. Mason.**
Cuyahoga App. No. 93949, 2010-Ohio-4110. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion to seal appellants' merit brief,

    It is ordered by the court that the motion is granted.

**2010–1554. In re Application of Buckeye Wind, L.L.C.**
Power Siting Board, No. 08–666–EL–BGN. This cause is pending before the court as an appeal from the Power Siting Board. Upon consideration of the motion of Buckeye Wind, L.L.C. for leave to intervene as appellee,

    It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2010–0469. State ex rel. Lamb v. Indus. Comm.**
Franklin App. No. 09AP–604, 2010-Ohio-792. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

    It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.